IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER SHORTER,

    Plaintiff,

v.	4:19cv108–WS/CAS

WILLIAM BARR, in his official
capacity as Attorney General
of the United States of America, et al.,

    Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 58) docketed March 13, 2020. The magistrate judge recommends that Defendants' motion to dismiss (ECF No. 48) be denied. No objections to the report and recommendation have been filed.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 58) is ADOPTED and incorporated by reference into this order.

2. Defendants' motion to dismiss (ECF No. 48) is DENIED.

3. Defendants shall have up to and including May 13, 2020, to respond to Plaintiff's second amended complaint.

4. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this __22nd__ day of __April__, 2020.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE